

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 8, 2014

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Denis Kurlyand, 13 Cr. 327 (PGG)**

Dear Judge Gardephe:

    The Government respectfully submits this letter in regard to the above-referenced matter, in which a control date for the defendant's sentencing has been scheduled for April 10, 2014. With the consent of the defendant, the Government respectfully requests that a new sentencing control date be scheduled for a date convenient for the Court in September 2014.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney
                            Southern District of New York

                       By:   */s/ Edward Imperatore*
                            Nicole Friedlander
                            Edward A. Imperatore
                            Assistant United States Attorneys
                            Southern District of New York
                            (212) 637-2211/2327

cc:  Steven K. Frankel, Esq.