**STEVEN K. FRANKEL**
Attorney at Law
325 Broadway, Suite 502
New York, New York 10007

Telephone 212 732 0001                                                                                    Facsimile 212 732 8460
Frankelrudd@aol.com

May 12, 2014

*Via Facsimile Transmission*

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/14

Re:   United States v. Denis Kurlyand
       Docket No. 13 Cr. 327 (PGG)

Dear Judge Gardephe:

      I am writing to respectfully request that Mr. Kurlyand's bail conditions be modified to permit him to travel to Philadelphia. Mr. Kurlyand has advised that his company is looking into opening up new locations in Philadelphia. They have requested that he commence going out there and doing research and checking out locations as well as meeting and developing relationships.

      Mr. Kurlyand will not be staying in Philadelphia overnight, He will travel to Philadelphia in the morning and return home in the evening. He will travel 1-2 times this week and 1-2 times next week. After that he will have specific visits with planned meetings and full itinerary.

      Lauren M. Blackford advises that Pretrial Services has no objection to the proposed travel request.

      Assistant United States Attorney Nicole Friedlander advises that, subject to the Court's approval, the government has no objection to the bail modification.

      Thank you for your consideration in this matter.

Respectfully yours,

Steven K. Frankel

SKF/ma

cc:   Nicole Friedlander (via e-mail transmission)
      Assistant United States Attorney

      Lauren M. Blackford (via e-mail transmission
      United States Pretrial Officer

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: May 20, 2014